UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

| | | |
|---|---|---|
| In re: | : | CASE NO.: 15-32335-AJC |
| LISANDRA G. BARZAGA, | : | CHAPTER 7 |
| Debtor. | : | |
| _____/ | | |

**MOTION TO COMPEL DEBTOR TO ATTEND RULE 2004 EXAMINATION**

*Hearing Requested for March 22, 2016 at 10:30 A.M.*
*To be heard with the Debtor's Counsel's Motion to Withdraw [D.E. 31]*

COMES NOW the Trustee, Robert A. Angueira, by and through undersigned counsel, and files this Motion to Compel Debtor to Attend Rule 2004 Examination, and would state as follows:

1. This is a voluntary Chapter 7 case which was commenced by the Debtor on December 31, 2015 (the "***Petition Date***"), and Robert A. Angueira was appointed to serve as the Chapter 7 Trustee (the "***Trustee***").

2. The §341 Meeting of Creditors in connection with this proceeding was held and concluded on January 27, 2016.

3. The Trustee scheduled a Rule 2004 Examination of this Debtor for February 29, 2016. On February 24, 2016, the Debtor's counsel filed a Motion to Withdraw as Counsel [D.E. 31]. Although a Motion for Protective Order was not filed, it is common that once a Debtor's counsel withdraws from representation, Debtors often take the position that they no longer have to comply with certain obligations imposed under the Bankruptcy Code, including attendance at 2004 Examinations.

4. To avoid any ambiguities, Trustee requests that this Court enter an Order

compelling this Debtor to attend a rescheduled Rule 2004 Examination. The Trustee requests that the Order provide that: (a) the Debtor needs to contact the Trustee's counsel at (305)263-3328 within ten (10) days to schedule a 2004 Examination; (b) if the Debtor fails to do so, the Trustee may set a 2004 Exam unilaterally and the Debtor is ordered to appear at that examination; (c) the Debtor shall comply with the Trustee's *duces tecum* request in the 2004 Notice by bringing all requested documents in the Debtor's control or possession (or documents which the Debtor can obtain with reasonable effort, for example by going to the bank and requesting copies of bank statements or going to the Debtor's tax preparer and requesting copies of tax returns) with the Debtor to the 2004 Examination; and (d) providing that if the Debtor fails to appear at the 2004 Examination, then  the Trustee is authorized to prepare and submit for signature an Order directing the Debtor to appear before the Court <u>in person</u> to show cause why the Court should not direct the United States Marshall to apprehend the Debtor and hold the Debtor in custody until such time as the Rule 2004 Examination is conducted.

WHEREFORE, Robert A. Angueira, Trustee, moves this Court for the entry of an Order:

(a) **COMPELLING** the Debtor to contact the Trustee's counsel at (305)263-3328 within ten (10) days to schedule a 2004 Examination;

(b) **ORDERING** that if the Debtor fails to contact the Trustee's counsel to schedule a 2004 Examination, then the Trustee may set a 2004 Exam unilaterally and the Debtor is ordered to appear at that examination;

(c) **ORDERING** that the Debtor shall comply with the Trustee's *duces tecum* request in the 2004 Notice by bringing all requested documents in the Debtor's control or possession (or documents which the Debtor can obtain with reasonable effort, for example by going to the bank and requesting copies of bank statements or going to the Debtor's tax preparer and requesting copies of tax returns) with the Debtor to the 2004 Examination;

(d) **PROVIDING** that if the Debtor fails to appear at the 2004 Examination, then  the Trustee is authorized to prepare and submit for signature an Order directing the Debtor to appear before the Court in person to show cause why the Court should not

CASE NO.: 15-32335-AJC

direct the United States Marshall to apprehend the Debtor and hold the Debtor in custody until such time as the Rule 2004 Examination is conducted; and

(e) **GRANTING** any such further relief as this Court deems Just and Proper.

Respectfully submitted: February 25, 2016.

                                        ROBERT A. ANGUEIRA, P.A.
                                      6495 S.W. 24th Street
                                      Miami, Florida 33155
                                      Tel. (305) 263-3328
                                      Fax (305) 263-6335
                                      e-mail yanay@rabankruptcy.com

                                      By         /s/        
                                            YANAY GALBAN
                                            Florida Bar No. 0105146

CASE NO.: 15-32335-AJC

## **CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on this 25th day of February, 2016, to the Debtor as follows:

**Lisandra G. Barzaga**
9540 NW 26th Avenue
Miami, Florida 33147

I CERTIFY that a true and correct copy of the foregoing was served via the Notice of Electronic Filing on this 25th day of February, 2016, to:

- Robert A Angueira    trustee@rabankruptcy.com, fl79@ecfcbis.com, tassistant@rabankruptcy.com, lisa@rabankruptcy.com, lillian@rabankruptcy.com

- Robert Sanchez    court@bankruptcyclinic.com, courtECFmail@gmail.com

- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

ROBERT A. ANGUEIRA, P.A.
6495 S.W. 24th Street
Miami, Florida 33155
Tel. (305) 263-3328
Fax (305) 263-6335
e-mail yanay@rabankruptcy.com

By _____/s/_____
YANAY GALBAN
Florida Bar No. 0105146

4